IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3121 |
| vs. | |
| JONATHAN FAIR, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The defendant may reply in support of his objection (filing 50) to the presentence report on or before April 21, 2022.

2. A hearing on loss calculation and restitution is set for May 31, 2022 at 10:00 a.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3. The Court's tentative sentencing findings shall be filed on or before June 8, 2022.

4. Sentencing in this matter is set for June 15, 2022 at 1:00 p.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Dated this 7th day of April, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge