## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3121 |
| vs. | |
| | ORDER |
| JONATHAN FAIR, | |
| Defendant. | |

The parties to this case had agreed that evidentiary issues relating to loss calculation and restitution would be submitted to the Court on a stipulated record. *See* filing 63. To date, that stipulation has not been filed, and the Court is unable to proceed to sentencing. Accordingly,

IT IS ORDERED:

1.   Sentencing in this matter is continued to Monday, August 1, 2022, at 2:00 p.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard.

2.   On or before July 19, 2022, the parties shall either file their anticipated stipulation or inform the Court that they were unable to agree on a stipulated record.

3.   The Court's tentative sentencing findings shall be filed on or before July 25, 2022.

Dated this 15th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge